### 22419. STANTON *v.* THE STATE.

LUKE, J. Two witnesses for the State having sworn positively that the defendant possessed intoxicating liquor as charged in the indictment, and the trial judge having approved the verdict finding the defendant guilty of possessing whisky, this court can not reverse the judgment of the court below overruling the motion for a new trial containing only the usual general grounds.

*Judgment affirmed. Broyles, C. J., and Hooper, J., concur.*

DECIDED SEPTEMBER 1, 1932.

*P. Z. Geer,* for plaintiff in error.
*B. T. Castellow, solicitor-general, Bond Almand,* contra.